UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMIEN BENSON,

    Plaintiff,                                           Case No. 18-12958

v.                                                     Honorable Nancy G. Edmunds

WAYNE METROPOLITAN
COMMUNITY ACTION AGENCY,

    Defendant.

_____/

**JUDGMENT**

In accordance with the Court's opinion and order granting Defendant's motion for summary judgment entered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of Defendant Wayne Metropolitan Community Action Agency, and this case is DISMISSED.

SO ORDERED.

                                       s/Nancy G. Edmunds
                                       Nancy G. Edmunds
                                       United States District Judge

Dated: October 29, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 29, 2019, by electronic and/or ordinary mail.

                                       s/Lisa Bartlett
                                       Case Manager